UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS MONROE, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | CASE NO. C17-1763-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on parties' stipulated motion to extend time to respond to the complaint (Dkt. No. 10). Pursuant to this stipulation, the Court hereby GRANTS the motion and ORDERS that the deadline for Boeing to file an answer, or to otherwise respond to Plaintiff's complaint, is extended to December 20, 2017.

DATED this 5th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk