THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOGLAS MONROE, a single individual, | CASE NO. C17-1763-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated motion to extend the deadline for Defendant to respond to Plaintiff's complaint (Dkt. No. 14). The Court GRANTS the motion and hereby ORDERS that the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's complaint is extended to January 19, 2017.

DATED this 20th day of December 2017.

       William M. McCool
       Clerk of Court

       s/Tomas Hernandez
       Deputy Clerk

MINUTE ORDER
C17-1763-JCC
PAGE - 1