THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS MONROE, a single individual,<br><br>               Plaintiff,<br>    v.<br><br>THE BOEING COMPANY,<br><br>               Defendant. | CASE NO. C17-1763-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery cutoff for the limited purpose of taking specific depositions (Dkt. No. 24). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and hereby ORDERS that:

1. Discovery shall be reopened for the sole purpose of allowing the oral depositions of five current or former employees of Defendant: (a) Nishi Madarang, (b) John Slater, (c) Michael Lien, (d) Justin Enquist, and (e) Jay McKinley.

2. The depositions of these witnesses shall be scheduled on mutually agreeable dates and take place no later than November 27, 2018.

3. No other discovery shall be permitted, including document requests in deposition

1 | notices.

2 | DATED this 5th day of November 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-1763-JCC
PAGE - 2